# Proposed Report of Distribution

## Case: 05-58842   ANTHONY, PAULA L.

Report Includes ONLY Claims with a Proposed Distribution

FILED 2009 DEC 21 PM 2:12

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF
AKRON

| Case Balance: | $11,474.55 | Total Proposed Payment: | $11,474.55 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 17 | Welcome Basket Assoc. | Unsecured | 52.20 | 52.20 | 0.00 | 52.20 | 1.33 | 330.43 |
| | Claim Memo: REVIEWED CLAIM. SCHEDULED AMOUNT UNKNOWN. | | | | | | | |
| 20 | Citibank (USA). N.A. | Unsecured | 244.88 | 244.88 | 0.00 | 244.88 | 6.22 | 324.21 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 22 | Shoppers Charge Account | Unsecured | 296.55 | 296.55 | 0.00 | 296.55 | 7.53 | 316.68 |
| | Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | | | | | | | |
| 23 | Talbots | Unsecured | 77.92 | 77.92 | 0.00 | 77.92 | 1.98 | 314.70 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 24 | TOWN PLANNER | Unsecured | 1,080.00 | 1,080.00 | 0.00 | 1,080.00 | 27.44 | 287.26 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| 28 | SEVEN SEVENTEEN C. U. | Unsecured | 11,307.05 | 11,307.05 | 0.00 | 11,307.05 | 287.26 | 0.00 |
| | Claim Memo: REVIEWED CLAIM. | | | | | | | |
| SUBTOTAL FOR UNSECURED | | | 68,877.57 | 68,877.57 | 0.00 | 68,877.57 | 1,749.86 | |
| | Total for Case 05-58842 : | | $78,564.75 | $78,602.26 | $0.00 | $78,602.26 | $11,474.55 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $3,687.57 | $3,687.57 | $0.00 | $3,687.57 | 100.000000% |
| Total Priority Claims : | $5,999.61 | $6,037.12 | $0.00 | $6,037.12 | 100.000000% |
| Total Unsecured Claims : | $68,877.57 | $68,877.57 | $0.00 | $1,749.86 | 2.540537% |

$3.31
Check #129
Receipt #81148