IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF: )  CASE NO. 05-58842
) JUDGE SHEA-STONUM
PAULA ANTHONY ) CHAPTER 7
)
)
DEBTOR )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

INTERNAL REVENUE SERVICE                $64.38
SPECIAL PROCEDURES BRANCH
P.O. BOX 99183-RM. 457
CLEVELAND, OH 44199

INTERNAL REVENUE SERVICE                $19.96
SPECIAL PROCEDURES BRANCH
P.O. BOX 99183-RM. 457
CLEVELAND, OH 44199

INTERNAL REVENUE SERVICE                $4.67
SPECIAL PROCEDURES BRANCH
P.O. BOX 99183-RM. 457
CLEVELAND, OH 44199

ATTORNEY GENERAL OF THE STATE OF OHIO   $16.09
C/O ANGELA HUFFMAN
150 E. GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

CITY OF KENT                            $6.44
INCOME TAX DIVISION
325 SOUTH DEPEYSTER
KENT, OH 44240

TRACY MILLER  
571 AZALEA CIRCLE  
NORTHFIELD, OH 44067-2898

$210.34 ✝

INTERNAL REVENUE SERVICE  
SPECIAL PROCEDURES BRANCH  
P.O. BOX 99183-RM. 457  
CLEVELAND, OH 44199

$19.96 ✝

INTERNAL REVENUE SERVICE  
SPECIAL PROCEDURES BRANCH  
P.O. BOX 99183-RM. 457  
CLEVELAND, OH 44199

$4.67 ✝

INTERNAL REVENUE SERVICE  
SPECIAL PROCEDURES BRANCH  
P.O. BOX 99183-RM. 457  
CLEVELAND, OH 44199

$6.44 ✝

INTERNAL REVENUE SERVICE  
SPECIAL PROCEDURES BRANCH  
P.O. BOX 99183-RM. 457  
CLEVELAND, OH 44199

$6.44

2. Trustee's check for $359.39, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 18, 2010

/s/ KATHRYN A. BELFANCE  
KATHRYN A. BELFANCE  
TRUSTEE

#359.39  
ck #130  
receipt # 8129/